# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
**No. 24-1789V**

|  |  |
|---|---|
| RYLEIGH FRANCIS, | Chief Special Master Corcoran |
| Petitioner, | Filed: January 7, 2026 |
| v. |  |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*Nathan Joseph Marchese, Siri & Glimstad, LLP, Los Angeles, CA, for Petitioner.*

*Naseem Kourosh, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On October 31, 2024, Ryleigh Francis filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered syncope resulting from a meningococcal vaccine received on September 6, 2022. Petition at 1. Petitioner further alleges that the vaccine was administered in the United States, she has experienced residual effects of her injuries for more than six months, and no civil action for damages has been brought, nor has any settlement or award in a civil action for damages has been collected, for Petitioner's vaccine-related injuries. Petition at ¶¶ 2, 16, 19. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On January 5, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent agrees that "petitioner has satisfied the criteria set forth in the Vaccine Injury Table and the Qualifications and Aids to Interpretation for vasovagal syncope following administration of a meningococcal vaccination." *Id.* at 4. Respondent further agrees that the case was timely filed, the meningococcal vaccine was received in the United States, Petitioner suffered the residual effects of her injury for more than six months, and she has averred that no award or settlement has been collected, and no other action has been filed, for Petitioner's vaccine-related injury. *Id.* Thus, Respondent states, Petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.* at 5.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

2